IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALTER CURTIS MOLES**                                                                 **PLAINTIFF**

v.                         Case No. 4:20-cv-01508-LPR-BD

**ROBERT FORREST,** *et. al.*                                                                 **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition from United States Magistrate Judge Beth Deere. (Doc. 26). No objections have been filed. After careful review of the Partial Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT Mr. Moles's Motion for Preliminary Injunctive Relief (Doc. 20) is Denied.

DATED this 5th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE