IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALTER CURTIS MOLES,**                                                        **PLAINTIFF**

v.                   **CASE NO. 4:20-cv-1508-LPR-BD**

**ROBERT FORREST,** *et al.*                                          **DEFENDANTS**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Walter Curtis Moles and Defendants Dr. Robert Forrest and Dr. Eugene Lee have jointly moved for the dismissal of all claims against Defendants Forrest and Lee. (Doc. 47). The Motion is GRANTED. The claims against Dr. Robert Forrest and Dr. Eugene Lee are hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRCT JUDGE