IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALTER CURTIS MOLES,** **PLAINTIFF**

V. CASE NO. 4:20-CV-01508-LPR-BD

**ROBERT FORREST,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 29th day of June 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE